IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

HARTLY BUCHANAN,                                    Civ. No. 1:17-cv-00750-AA

        Plaintiff,                                **JUDGMENT**

  v.

DISCOVER BANK,

        Defendant.

AIKEN, District Judge.

    For the reasons set forth in the accompanying Order, this case is dismissed without prejudice. All pending motions are DENIED as MOOT.

    It is SO ORDERED and DATED this 13th day of June, 2018.

                              /s/ Ann Aiken
                              ANN AIKEN
                              United States District Judge